1 HENRY J. SILBERBERG (NO. 68494)
TIMOTHY J. MARTIN (NO. 150304)
2 BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
1880 Century Park East, Suite 711
3 Los Angeles, California 90067
Tel: (310) 712-8300
4 Fax: (310) 712-8383

5 Attorneys for Defendant POW INC., d/b/a TOMANDANDY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE CRYSTAL JUKEBOX, INC., | Case No. CV 99-10447 R (CWx) |
| Plaintiff, | [PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT IN FAVOR OF DEFENDANT POW INC., d/b/a TOMANDANDY |
| vs. | |
| ANHEUSER-BUSCH CORPORATION, et al., | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

The motion of defendants Anheuser-Busch Companies, Inc. ("Anheuser-Busch") and The Leap Partnership, Inc. ("Leap") for Partial Summary Judgment in which defendant POW Inc., d/b/a Tomandandy ("Tomandandy") joined came on regularly for hearing on October 16, 2000 in Courtroom 8 of the above-entitled Court. Appearances were made as reflected in the record.

The Court, having considered the moving and opposing papers, the pleadings and files in the action and the oral argument presented at the hearing, having considered all admissible,

relevant evidence and having disregarded any inadmissible and/or irrelevant evidence, and having made a determination of Uncontroverted Facts and Conclusions of Law in connection therewith, and good cause being shown therefor,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Summary Judgment on Plaintiffs' Third Cause of Action is hereby granted in favor of defendant Tomandandy on the grounds that Plaintiffs' Third Cause of Action is preempted by Section 301 of the Copyright Act, 17 U.S.C. §301.

2. Summary Judgment on Plaintiffs' Fourth Cause of Action is hereby granted in favor of defendant Tomandandy on the grounds that Plaintiffs' Fourth Cause of Action is preempted by Section 301 of the Copyright Act, 17 U.S.C. §301.

3. Summary Judgment on Plaintiffs' Fifth Cause of Action is hereby granted in favor of defendant Tomandandy on the grounds that its conduct does not give rise to a claim under section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

4. Summary Judgement on Plaintiffs' Sixth Cause of Action is hereby granted in favor of defendant Tomandandy on the grounds that Plaintiffs' Sixth Cause of Action is preempted by Section 301 of the Copyright Act, 17 U.S.C. §301.

///
///
///
///
///
///

Brown Raysman Millstein Felder & Steiner LLP
1880 Century Park East
Suite 711
Los Angeles, CA 90067

5. Summary Judgment on the Plaintiffs' Seventh Cause of Action is hereby granted in favor of defendant Tomandandy on the grounds that Plaintiffs' Seventh Cause of Action is preempted by Section 301 of the Copyright Act, 17 U.S.C. §301.

Dated: October 18, 2000

_____
Manuel L. Real
United States District Judge

Presented by:

HENRY J. SILBERBERG
TIMOTHY J. MARTIN
BROWN RAYSMAN MILLSTEIN FEDLER & STEINER LLP

By: _____
Timothy J. Martin
Attorneys for Defendant
POW INC., d/b/a TOMANDANDY

Brown Raysman Millstein Felder & Steiner LLP
1880 Century Park East
Suite 711
Los Angeles, CA 90067

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1880 Century Park East, Suite 801; Los Angeles, California 90067-1607.

On October 17, 2000, I served the foregoing document described as [PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT IN FAVOR OF DEFENDANT POW INC., d/b/a TOMANDANDY on all parties in this action.

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope addressed as follows:

Robert C. Welsh, Esq.
Yakub Hazzard, Esq.
Marc E. Mayer, Esq.
Mitchell, Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683

Lawrence Y. Iser, Esq.
Patricia A. Millett, Esq.
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, California 90067-4590

☐ I delivered such envelope by hand to the offices of the addressee at the address indicated above.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 17, 2000, at Los Angeles, California.

_____
PAUL R. SUAREZ

Brown Raysman Millstein Felder & Steiner LLP
1880 Century Park East
Suite 711
Los Angeles, CA 90067

4

BRMFSLA 18295v1