ROBERT C. WELSH (State Bar No. 130782)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants Anheuser-Busch Companies, Inc.
(erroneously named herein as Anheuser-Busch
Corporation) and The Leap Partnership, Inc.

HENRY J. SILBERBERG (68494)
BROWN RAYSMAN MILLSTEIN FELDER & STEINER
1880 Century Park East, Suite 711
Los Angeles, CA 90067
Telephone: (310) 712-8300
Facsimile: (310) 712-8383

Attorneys for Defendant POW, Inc. d/b/a Tomandandy

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CRYSTAL JUKEBOX, INC., a California corporation; WIXEN MUSIC PUBLISHING, INC., a California corporation; CHARLES MCCORMICK; CHARLES LOVE; WILLIS DRAFFEN, JR.; HARRY WILLIAMS, individuals and d/b/a BLOODSTONE,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH CORPORATION, a Missouri corporation; THE LEAP PARTNERSHIP, INC., an Illinois corporation; ANDY MILBURN, an individual d/b/a TOMANDANDY,<br><br>Defendants. | CASE NO. CV99-99-10447 R(CWx)<br><br>STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CROSS-CLAIMS<br><br>[Fed. R. Civ. P. 41(c)]<br><br>Trial Date: November 14, 2000 |

AND RELATED CROSS-CLAIMS

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL

Mitchell Silberberg & Knupp LLP

0278253.1

IT IS HEREBY STIPULATED by and between defendants, cross-claimants, and cross-defendants Anheuser-Busch Companies, Inc. ("Anheuser-Busch"), The Leap Partnership, Inc. ("Leap"), and POW, Inc. d/b/a Tomandandy ("Tomandandy") through their respective undersigned counsel of record, as follows:

1. The cross-claims of Anheuser-Busch and Leap against Tomandandy hereby are dismissed, with prejudice.

2. The cross-claims of Tomandandy against Leap hereby are dismissed, with prejudice.

3. Anheuser-Busch, Leap, and Tomandandy shall each bear its own costs and attorneys' fees, except to the extent any such costs and attorneys' fees are recoverable against any plaintiffs or former plaintiffs in this Action.

DATED: November 1, 2000

MITCHELL SILBERBERG & KNUPP LLP

By: _____
ROBERT C. WELSH
Attorneys for Defendants
Anheuser-Busch Companies, Inc. and
The Leap Partnership, Inc.

DATED: November 1, 2000

BROWN RAYSMAN MILLSTEIN, FELDER & STEINER LLP

By: _____
Henry J. Silberberg
Attorneys for POW, Inc. d/b/a Tomandandy

## ORDER

Good cause appearing therefor,

IT IS SO ORDERED, in accordance with the foregoing stipulation, that:

1. The cross-claims of Anheuser-Busch and Leap against Tomandandy hereby are dismissed, with prejudice.

2. The cross-claims of Tomandandy against Leap hereby are dismissed, with prejudice.

3. Anheuser-Busch, Leap, and Tomandandy shall each bear its own costs and attorneys' fees, except to the extent any such costs and attorneys' fees are recoverable against any plaintiffs or former plaintiffs in this Action.

Dated: Nov. 2, 2000

_____
The Honorable Manuel L. Real
Judge of the United States District Court

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is Mitchell, Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On November 2, 2000, I served the foregoing document(s) described as ***STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CROSS-CLAIMS*** on the parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows, and taking the action described below:

| | |
|---|---|
| Timothy J. Martin, Esq.<br>Brown Raysman Millstein Felder & Steiner LLP<br>1880 Century Park East<br>Suite 711<br>Los Angeles, CA 90067-1607 | Lawrence Y. Iser, Esq.<br>Patricia Millett, Esq.<br>Greenberg Glusker Fields<br>   Claman & Machtinger LLP<br>1900 Avenue of the Stars<br>Suite 2100<br>Los Angeles, CA 90067-4590 |

☒ **BY PLACING FOR COLLECTION AND MAILING:** I sealed and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 11377 West Olympic Boulevard, Los Angeles, California in the ordinary course of business.

Executed on November 2, 2000, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Karen Dodd

Mitchell Silberberg & Knupp LLP